

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA

8  | UNITED STATES OF AMERICA,  ) Criminal Case No. 07CR3193-W
9  |         Plaintiff,         ) I N F O R M A T I O N
10 |    v.                      ) Title 21, U.S.C., Secs. 952 and
                                ) 960 - Importation of Marijuana
11 | JOSEPH PAUL BUSHEY,        ) (Felony)
                                )
12 |         Defendant.         )

13

14     The United States Attorney charges:

15     On or about November 3, 2007, within the Southern District of
16 California, defendant JOSEPH PAUL BUSHEY, did knowingly and
17 intentionally import approximately 42.02 kilograms (approximately
18 92.44 pounds) of Marijuana (gross weight), a Schedule I Controlled
19 Substance, into the United States from a place outside thereof; in
20 violation of Title 21, United States Code, Sections 952 and 960.

21     DATED: November 28, 2007.

22                                    KAREN P. HEWITT
                                      United States Attorney
23
                                      [signature]
24
                                      JOSEPH J.M. ORABONA
25                                    Assistant U.S. Attorney

26
   JJO:jam:Imperial
27 11/27/07

28